UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN M. KEYS, et al.,

    Plaintiffs,

v.                                                    Case No. 09-11105

ARKEMA INCORPORATED,

    Defendant.
                                       /

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL,
DENYING AS MOOT DEFENDANT'S MOTION FOR PROTECTIVE ORDER,
AND EXTENDING CERTAIN DISCOVERY DEADLINES**

      Before the court are Plaintiffs' motion to compel, filed August 20, 2009, and Defendant's motion for protective order, filed August 25, 2009. On August 25, 2009, the court conducted an on-the-record telephone conference in the above-captioned case. During the telephone conference, the court and counsel discussed Plaintiffs' pending motion to compel and Defendant's pending motion for protective order. By agreement of the parties and for the reasons stated on the record,

      IT IS ORDERED that Plaintiff's compel [Dkt. # 15] is GRANTED to the extent that Defendant will produce the schedule from the purchase agreement, consisting of a spreadsheet of employee data, in which dates of birth of employees are not redacted.

      IT IS FURTHER ORDERED that the court's May 1, 2009 scheduling order is extended to permit depositions of two individuals in Philadelphia to be conducted on

**September 15, 2009** and **September 16, 2009,**[1] and to extend the deadline for dispositive motions to **October 2, 2009**.

Finally, IT IS ORDERED that Defendant's motion for protective order [Dkt. # 18] is DENIED AS MOOT.

                                       s/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated:  August 26, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 26, 2009, by electronic and/or ordinary mail.

                                       s/Lisa G. Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522

---

[1] The court also expects that the deposition of the witness located in Michigan will be conducted within one week of this order as represented to the court by counsel during the telephone conference.