UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN M. KEYS, et al.,

    Plaintiffs,

v.        Case No. 09-11105

ARKEMA INC.,

    Defendant.
                                    /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment," dated November 24, 2009,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Arkema, Inc., and against Plaintiffs Karen M. Keys, Douglas E. Woznick, Dennis J. Kucyk, Thomas Ray, Michael J. Harris, and William D. Malnar. Dated at Detroit, Michigan, this 24th day of November, 2009.

                                                 DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                             BY: S/Lisa Wagner
                                                 Lisa Wagner, Deputy Clerk
                                                 and Case Manager to
                                                 Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C2 ORDERS\09-11105.KEYES.Judgment.wpd